IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CLEVELAND TURNER, #223563, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:19-CV-852-WKW |
| | ) | [WO] |
| QUENTEN D. RATCLIFFE, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On December 11, 2019, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 8.) Upon an independent review of the record, it is ORDERED as follows:

(1) The Recommendation (Doc. # 8) is ADOPTED;

(2) Plaintiff's motion for preliminary injunction (Doc. # 1) is DENIED; and

(3) This action is REFERRED back to the Magistrate Judge for additional proceedings.

DONE this 30th day of December, 2019.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE