IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CLEVELAND TURNER, #223 563, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:19-CV-852-WKW |
| ) | [WO] |
| QUENTEN D. RATCLIFFE, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On June 9, 2020, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 22.) Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that this action is DISMISSED without prejudice.

DONE this 29th day of June, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE